**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

People of the State of Illinois
                         Plaintiff,

v.                                          Case No.: 1:23−cv−01341
                                          Honorable Sharon Johnson Coleman

3M Company, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant AGC Chemicals Americas, Inc.'s unopposed motion to extend deadline to respond to complaint [15] is granted. Responsive pleading to be filed by 4/10/2023. No appearance necessary on 3/15/2023. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.