TERMED,WEISMAN

# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.7.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:23–cv–01341

| | |
|---|---|
| People of the State of Illinois v. 3M Company et al | Date Filed: 03/03/2023 |
| Assigned to: Honorable Sharon Johnson Coleman | Date Terminated: 06/07/2023 |
| Case in other court: Circuit Court of Cook County, Illinois, 2023L000996 | Jury Demand: Plaintiff |
| | Nature of Suit: 245 Real Property: Tort Product Liability |
| Cause: 28:1442 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**People of the State of Illinois**              represented by   **Adam J. Levitt**
*ex rel. Kwame Raoul, Attorney General of the*                    DiCello Levitt Gutzler LLC
*State of Illinois*                                               Ten North Dearborn Street
                                                                  Sixth Floor
                                                                  Chicago, IL 60602
                                                                  (312) 214–7900
                                                                  Email: alevitt@dicellolevitt.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Rock Flynn**
                                                                  DiCello Levitt Gutzler LLC
                                                                  Ten North Dearborn Str.
                                                                  Sixth Floor
                                                                  Chicago, IL 60602
                                                                  312–214–7900
                                                                  Email: dflynn@dicellolevitt.com
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Ellen E. O'Laughlin**
                                                                  Illinois Attorney General's Office
                                                                  69 W. Washington St.
                                                                  Suite 1800
                                                                  Chicago, IL 60602
                                                                  773–590–7837
                                                                  Email: ellen.olaughlin@ilag.gov
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Gregory Michael Utter**
                                                                  Callow and Utter, LLC
                                                                  8044 Montgomery Road
                                                                  Suite 402
                                                                  Cincinnati, OH 45236
                                                                  513–659–3130
                                                                  Email: gmutter@callowandutter.com
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joseph Michael Callow , Jr.**
                                                                  Callow & Utter LLC

        8044 Montgomery Road
Suite 402
Cincinnati, OH 45236
513–378–0141
Email: jcallow@callowandutter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen Wilson Howard**
Illinois Attorney General's Office
Environmental Bureau
69 W. Washington
Ste 1800
Chicago, IL 60602
312–814–5361
Email: Karen.howard@ilag.gov
*ATTORNEY TO BE NOTICED*

**Stephen J. Sylvester**
Illinois Attorney General's Office (69 W)
69 W. Washington
18th Floor
Chicago, IL 60602
(312) 814–5396
Email: Stephen.Sylvester@ilag.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**     represented by     **Daniel Leslie Ring**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782–0600
Email: DRing@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Isaac Rottenberg**
Mayer Brown LLP
Litigation
71 S. Wacker Drive
Chicago, IL 60606
312–701–8554
Email: drottenberg@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Michael Anthony Scodro**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312–701–8886

Email: mscodro@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyneon, L.L.C.**

**Defendant**

**Arkema, Inc.**

**Defendant**

**AGC Chemicals Americas, Inc.**     represented by     **Erika Anne Dirk**
Crowell & Moring
455 Cityfront Plaza Dr
Suite 3600
Chicago, IL 60611
312–321–4200
Email: edirk@crowell.com
*ATTORNEY TO BE NOTICED*

**Jason Patrick Stiehl**
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
312–840–3108
Email: jstiehl@crowell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BASF Corporation**

**Defendant**

**Bayer Corporation**     represented by     **James David Duffy**
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346–7500
Email: dduffy@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey Denise Mense**
Thompson Coburn LLP
55 E. Monroe Street
37th Floor
Chicago, IL 60606
312–346–7500
Email: amense@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

        **Christopher M. Hohn**
Thompson Coburn Llp
One Us Bank Plaza
Suite 2500
Saint Louis, MO 63101
(314) 552–6159
Email: chohn@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clariant Corporation**

**Defendant**

**The Chemours Company**  represented by  **Brian Patrick O'Meara**
Forde & O'Meara LLP
191 North Wacker Drive
31st Floor
Chicago, IL 60606
(312) 641–1441
Email: bomeara@fordellp.com
*ATTORNEY TO BE NOTICED*

**Kimbrilee M. Weber**
Norris McLaughlin, P.A.
7 Times Square, 21st Floor
New York, NY 10036
(917) 369–8886
Email: kmweber@norris–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Laughridge Gale**
Nijman Franzetti Llp
10 S. La Salle St.
3600
Chicago, IL 60603
(217) 390–0309
Email: kg@nijmanfranzetti.com
*ATTORNEY TO BE NOTICED*

**Margaret Raymond–Flood**
Norris McLaughlin, P.A.
400 Crossing Blvd., FL 8
Bridgewater, NJ 08807
(908) 252–4228
Email: mrflood@norris–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael K. Forde**
Forde & O'Meara LLP
191 North Wacker Drive
31st Floor

        Chicago, IL 60606
312 641 1441
Email: mforde@fordellp.com
*ATTORNEY TO BE NOTICED*

**Ryan A. Richman**
McCarter & English
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
973−639−2052
Email: rrichman@mccarter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

The Chemours Company FC, LLC     represented by     **Brian Patrick O'Meara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimbrilee M. Weber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Laughridge Gale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret Raymond−Flood**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael K. Forde**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan A. Richman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

Corteva, Inc.     represented by     **Katharine A. Roin**
Bartlit Beck LLP
54 West Hubbard
Suite 300
Chicago, IL 60654
(312) 494−4437
Email: kate.roin@bartlit−beck.com
*LEAD ATTORNEY*

**Amy Rachel Gore**
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876–7700
Email: amy.gore@bartlitbeck.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DowDuPont, Inc.**

**Defendant**

**DuPont de Nemours, Inc.**　　　represented by　**Katharine A. Roin**
(See above for address)
*LEAD ATTORNEY*

**Amy Rachel Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**E. I. du Pont de Nemours and Company**　　　represented by　**Katharine A. Roin**
(See above for address)
*LEAD ATTORNEY*

**Ryan A. Richman**
McCarter & English LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
973–639–2052
Email: rrichman@mccarter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Rachel Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Laughridge Gale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daikin America, Inc.**　　　represented by　**Louis A Chaiten**
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216–586–3939
Email: lachaiten@jonesday.com

*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Solvay Specialty Polymers, USA, LLC** | represented by | **Dominique Savinelli**<br>Husch Blackwell Llp<br>120 South Riverside Plaza<br>Suite 2200<br>Chicago, IL 60606–3912<br>(312) 526–1518<br>Email: Dominique.Savinelli@huschblackwell.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott J Helfand**<br>Husch Blackwell LLP<br>120 South Riverside Plaza<br>Suite 2200<br>Chicago, IL 60606–4473<br>(312) 655–1500<br>Email: scott.helfand@huschblackwell.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2023 | 1 | NOTICE of Removal from Circuit Court of Cook County, Illinois, case number (2023L000996) filed by 3M Company Filing fee $ 402, receipt number AILNDC–20407184. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2 Part A, # 4 Exhibit 2 Part B, # 5 Exhibit 2 Part C)(Ring, Daniel) (Entered: 03/03/2023) |
| 03/03/2023 | 2 | CIVIL Cover Sheet (Ring, Daniel) (Entered: 03/03/2023) |
| 03/03/2023 | 3 | ATTORNEY Appearance for Defendant 3M Company by Daniel Leslie Ring (Ring, Daniel) (Entered: 03/03/2023) |
| 03/03/2023 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by 3M Company (Ring, Daniel) (Entered: 03/03/2023) |
| 03/06/2023 |  | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable M. David Weisman. Case assignment: Random assignment. (jg, ) (Entered: 03/06/2023) |
| 03/06/2023 |  | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jg, ) (Entered: 03/06/2023) |
| 03/06/2023 | 5 | MAILED Notice of Removal letter to counsel of record. (ak, ) (Entered: 03/06/2023) |
| 03/07/2023 | 6 | MINUTE entry before the Honorable Sharon Johnson Coleman: This case has been assigned to the calendar of Judge Sharon Johnson Coleman. Status hearing is set for 5/17/2023 at 9:00 AM as an in–person hearing. Defendant is directed to advise the Plaintiff of the status hearing forthwith. The |

| | | |
|---|---|---|
| | | parties are directed to meet and discuss the status of the case. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge. If the parties agree to consent jurisdiction before the Magistrate Judge, all parties must sign the consent form and electronically file the signed form on the case docket. The court encourages the parties to review this court's website for its standing orders prior to contacting chambers. Mailed notice. (ym, ) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 7 | ATTORNEY Appearance for Plaintiff People of the State of Illinois by Daniel Rock Flynn (Flynn, Daniel) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 8 | ATTORNEY Appearance for Defendant AGC Chemicals Americas, Inc. by Jason Patrick Stiehl (Stiehl, Jason) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 9 | ATTORNEY Appearance for Defendant AGC Chemicals Americas, Inc. by Erika Anne Dirk (Dirk, Erika) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 10 | ATTORNEY Appearance for Plaintiff People of the State of Illinois by Karen Wilson Howard (Howard, Karen) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 11 | ATTORNEY Appearance for Plaintiff People of the State of Illinois by Stephen J. Sylvester (Sylvester, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 12 | ATTORNEY Appearance for Plaintiff People of the State of Illinois by Ellen E. O'Laughlin (O'Laughlin, Ellen) (Entered: 03/07/2023) |
| 03/09/2023 | Ï 13 | ATTORNEY Appearance for Defendant Solvay Specialty Polymers, USA, LLC by Dominique Savinelli (Savinelli, Dominique) (Entered: 03/09/2023) |
| 03/09/2023 | Ï 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Solvay Specialty Polymers, USA, LLC (Savinelli, Dominique) (Entered: 03/09/2023) |
| 03/10/2023 | Ï 15 | MOTION by Defendant AGC Chemicals Americas, Inc. for extension of time *Unopposed Motion to Extend Deadline to Respond to Complaint* (Stiehl, Jason) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 16 | NOTICE of Motion by Jason Patrick Stiehl for presentment of extension of time 15 before Honorable Sharon Johnson Coleman on 3/15/2023 at 09:45 AM. (Stiehl, Jason) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 17 | ATTORNEY Appearance for Defendant Bayer Corporation by James David Duffy (Duffy, James) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 18 | ATTORNEY Appearance for Defendant Bayer Corporation by Christopher M. Hohn (Hohn, Christopher) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 19 | ATTORNEY Appearance for Defendant Bayer Corporation by Audrey Denise Mense (Mense, Audrey) (Entered: 03/10/2023) |
| 03/14/2023 | Ï 20 | ATTORNEY Appearance for Defendant Solvay Specialty Polymers, USA, LLC by Scott J Helfand (Helfand, Scott) (Entered: 03/14/2023) |
| 03/14/2023 | Ï 21 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant AGC Chemicals Americas, Inc.'s unopposed motion to extend deadline to respond to complaint 15 is granted. Responsive pleading to be filed by 4/10/2023. No appearance necessary on 3/15/2023. Mailed notice. (ym, ) (Entered: 03/14/2023) |
| 03/20/2023 | Ï 22 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–20453737. (Flynn, Daniel) "FILED on the incorrect docket". (Docket Text Modified by Clerks Office.). |

| | | |
|---|---|---|
| | | Modified on 3/21/2023 (aee, ). (Entered: 03/20/2023) |
| 03/24/2023 | 23 | MOTION by Plaintiff People of the State of Illinois to remand (Attachments: # 1 Exhibit A)(Flynn, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 24 | MEMORANDUM by People of the State of Illinois in support of motion to remand 23 (Attachments: # 1 Exhibit A)(Flynn, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 25 | NOTICE of Motion by Daniel Rock Flynn for presentment of motion to remand 23 before Honorable Sharon Johnson Coleman on 4/5/2023 at 10:00 AM. (Flynn, Daniel) (Entered: 03/24/2023) |
| 03/27/2023 | 26 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–20480952. (Utter, Gregory) (Entered: 03/27/2023) |
| 03/27/2023 | 27 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Gregory M. Utter's motion for leave to appear pro hac vice 26 is granted. Mailed notice. (ym, ) (Entered: 03/27/2023) |
| 03/28/2023 | 28 | ATTORNEY Appearance for Plaintiff People of the State of Illinois by Gregory Michael Utter (Utter, Gregory) (Entered: 03/28/2023) |
| 03/28/2023 | 29 | MINUTE entry before the Honorable Sharon Johnson Coleman: Presentment of plaintiff's motion to remand 23 set for 4/5/2023 at 10:00 AM will proceed as an in–person hearing in courtroom 1241. Mailed notice. (ym, ) (Entered: 03/28/2023) |
| 03/28/2023 | 42 | PETITION Transfer MDL No. 2873 28 U.S.C. 1407 by Daniel L. Ring (tg, ) (Entered: 04/05/2023) |
| 03/30/2023 | 30 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–20492981. (Callow, Joseph) (Entered: 03/30/2023) |
| 03/30/2023 | 31 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Joseph M. Callow, Jr.'s motion for leave to appear pro hac vice 30 is granted. Mailed notice. (ym, ) (Entered: 03/30/2023) |
| 03/30/2023 | 32 | ATTORNEY Appearance for Plaintiff People of the State of Illinois by Joseph Michael Callow, Jr (Callow, Joseph) (Entered: 03/30/2023) |
| 03/31/2023 | 33 | ATTORNEY Appearance for Defendant Daikin America, Inc. by Louis A Chaiten (Chaiten, Louis) (Entered: 03/31/2023) |
| 03/31/2023 | 34 | MOTION by Defendant Daikin America, Inc. for extension of time */Unopposed Motion to Extend Deadline to Respond to the Complaint* (Chaiten, Louis) (Entered: 03/31/2023) |
| 03/31/2023 | 35 | ATTORNEY Appearance for Defendant 3M Company by Michael Anthony Scodro (Scodro, Michael) (Entered: 03/31/2023) |
| 03/31/2023 | 36 | ATTORNEY Appearance for Defendant 3M Company by Daniel Isaac Rottenberg (Rottenberg, Daniel) (Entered: 03/31/2023) |
| 04/03/2023 | 37 | *Amended* NOTICE of Motion by Louis A Chaiten for presentment of extension of time 34 before Honorable Sharon Johnson Coleman on 4/5/2023 at 10:00 AM. (Chaiten, Louis) (Entered: 04/03/2023) |
| 04/03/2023 | 38 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant Daikin America, Inc.'s unopposed motion to extend deadline to respond to the complaint 34 is granted. Responsive pleading to be filed by 4/10/2023. Mailed notice. (ym,) (Entered: 04/03/2023) |
| 04/04/2023 | 39 | ATTORNEY Appearance for Defendants Corteva, Inc., DuPont de Nemours, Inc., E. I. du Pont de Nemours and Company by Katharine A. Roin (Roin, Katharine) (Entered: 04/04/2023) |

| | | |
|---|---|---|
| 04/04/2023 | 40 | ATTORNEY Appearance for Defendants Corteva, Inc., DuPont de Nemours, Inc., E. I. du Pont de Nemours and Company by Amy Rachel Gore (Gore, Amy) (Entered: 04/04/2023) |
| 04/04/2023 | 41 | MINUTE entry before the Honorable Sharon Johnson Coleman: Presentment of plaintiff's motion to remand 23 set for 4/5/2023 at 10:00 AM will proceed as an in−person hearing in courtroom 1241. Mailed notice. (ym, ) (Entered: 04/04/2023) |
| 04/05/2023 | 43 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/5/2023. Brief oral arguments held as to plaintiff's motion to remand 23 . Defendants to file a response by 4/26/2023. Plaintiff to file a reply by 5/3/2023. Once the matter is fully briefed, the Court shall take it under advisement. As this Court's website directs, the parties must provide courtesy copies in hard copy form of all substantive and/or dispositive motions, including the corresponding legal briefs and attachments. Mailed notice. (ym,) (Entered: 04/05/2023) |
| 04/07/2023 | 44 | MOTION by Defendant 3M Company for extension of time *(Joint Agreed Motion to Extend Deadline to Respond to Complaint)* (Ring, Daniel) (Entered: 04/07/2023) |
| 04/07/2023 | 45 | NOTICE of Motion by Daniel Leslie Ring for presentment of extension of time 44 before Honorable Sharon Johnson Coleman on 4/13/2023 at 10:00 AM. (Ring, Daniel) (Entered: 04/07/2023) |
| 04/07/2023 | 46 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant 3M Company's joint agreed motion to extend deadline to respond to complaint 44 is granted. No appearance necessary on 4/13/2023. Mailed notice. (ym,) (Entered: 04/07/2023) |
| 04/21/2023 | 47 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−20562714. (Richman, Ryan) (Entered: 04/21/2023) |
| 04/21/2023 | 48 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Ryan Richman's motion for leave to appear pro hac vice 47 is granted. Mailed notice. (ym, ) (Entered: 04/21/2023) |
| 04/21/2023 | 49 | ATTORNEY Appearance for Defendants E. I. du Pont de Nemours and Company, The Chemours Company, The Chemours Company FC, LLC by Kristen Laughridge Gale (Gale, Kristen) (Entered: 04/21/2023) |
| 04/26/2023 | 50 | RESPONSE by 3M Companyin Opposition to MOTION by Plaintiff People of the State of Illinois to remand 23 (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Ring, Daniel) (Entered: 04/26/2023) |
| 05/03/2023 | 51 | REPLY by Plaintiff People of the State of Illinois to motion to remand 23 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Flynn, Daniel) (Entered: 05/03/2023) |
| 05/08/2023 | 52 | ATTORNEY Appearance for Defendants The Chemours Company, The Chemours Company FC, LLC by Michael K. Forde (Forde, Michael) (Entered: 05/08/2023) |
| 05/08/2023 | 53 | ATTORNEY Appearance for Defendants The Chemours Company, The Chemours Company FC, LLC by Brian Patrick O'Meara (O'Meara, Brian) (Entered: 05/08/2023) |
| 05/09/2023 | 54 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−20618224. (Raymond−Flood, Margaret) (Entered: 05/09/2023) |
| 05/09/2023 | 55 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−20620376. (Weber, Kimbrilee) (Entered: 05/09/2023) |

| | | |
|---|---|---|
| 05/09/2023 | Ï 56 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorneys Margaret Raymond–Food and Kimbrilee M. Weber's motions for leave to appear pro hac vice 54 , 55 are granted. Mailed notice. (ym,) (Entered: 05/09/2023) |
| 05/11/2023 | Ï 57 | MINUTE entry before the Honorable Sharon Johnson Coleman: The in–person status hearing set for 5/17/2023 is stricken as well as the deadline for the filing of the parties' joint status report. Mailed notice. (ym, ) (Entered: 05/11/2023) |
| 05/24/2023 | Ï 58 | MINUTE entry before the Honorable Sharon Johnson Coleman: The Court sets an in–person status hearing for June 8, 2023 at 11:00 am. The parties should provide the Court with a written status report 24 hours in advance of the hearing. Mailed notice. (ym, ) (Entered: 05/24/2023) |
| 05/25/2023 | Ï | SUMMONS Issued as to Defendant Dyneon, L.L.C. (exr, ) (Entered: 05/25/2023) |
| 06/02/2023 | Ï | SUMMONS Issued as to Defendant DowDuPont, Inc. (jcc, ) (Entered: 06/02/2023) |
| 06/05/2023 | Ï 59 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing set for 6/8/2023 is stricken. Mailed notice. (ym,) (Entered: 06/05/2023) |
| 06/05/2023 | Ï 60 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to the District of South Carolina. (daj, ) (Entered: 06/07/2023) |
| 06/07/2023 | Ï 61 | TRANSFERRED to the District of South Caolina the electronic record. (daj, ) (Entered: 06/07/2023) |
| 06/07/2023 | Ï | ***Civil Case Terminated. (daj, ) (Entered: 06/07/2023) |